IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **Margaret Hazel Turner**, by and through Lisa Higdon, Conservator, on behalf of Turner, **Shelley Strong, Steven Mark Strong, Bryan King, Eddie King**, and **Debbie Radatz**, individually and on behalf of all persons similarly situated, | ) ) ) ) ) ) ) ) | CASE NO. 1:15-cv-03711-LMM |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| **The Moody Bible Institute Of Chicago, Inc., Rocky Payne, Elizabeth Brown**, and **Emmy H. Koh**, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Bryan King, Eddie King, and Debbie Radatz and Defendants The Moody Bible Institute of Chicago, Inc., Rocky Payne, Elizabeth Brown, and Emmy H. Koh hereby stipulate that the above-captioned case shall be dismissed with prejudice.

Presented and Consented to this 29th day of April, 2016, by:

| | |
|---|---|
| */s/ Jonathan E. Hawkins* | */s/ Kyle G.A. Wallace* |
| Jeffrey D. Horst | Kyle G.A. Wallace |
| Georgia Bar No. 367834 | Georgia Bar No. 734167 |
| Halsey G. Knapp | Derin B. Dickerson |
| Georgia Bar No. 425320 | Georgia Bar No. 220620 |
| Jonathan E. Hawkins | Kristen K. Bromberek |
| Georgia Bar No. 338779 | Georgia Bar No. 632618 |
| | |
| Krevolin & Horst, LLC | Alston & Bird LLP |
| 1201 West Peachtree Street, N.W. | 1201 W. Peachtree Street |
| Suite 3250, One Atlantic Center | Atlanta, GA  30309-3424 |
| Atlanta, GA 30309 | Telephone:  404-881-7000 |
| Telephone: (404) 888-9700 | Facsimile: 404-253-8567 |
| Facsimile: (404) 888-9577 | kyle.wallace@alston.com |
| Horst@khlawfirm.com | derin.dickerson@alston.com |
| Hknapp@khlawfirm.com | kristen.bromberek@alston.com |
| Hawkins@khlawfirm.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1D, the undersigned counsel certifies that the foregoing document has been prepared in accordance with one of the font and point selections approved by the Court in L.R. 5.1B. This pleading has been prepared using Book Antiqua font (13 point).

This 29th day of April, 2016.

                                          **KREVOLIN & HORST, LLC**

                                          */s/ Jonathan E. Hawkins*
                                          Jeffrey D. Horst
                                          Georgia Bar No. 367834
                                          Halsey G. Knapp, Jr.
                                          Georgia Bar No. 425320
                                          Jonathan E. Hawkins
                                          Georgia Bar No. 338779

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 29th day of April, 2016.

**KREVOLIN & HORST, LLC**

*/s/ Jonathan E. Hawkins*
Jeffrey D. Horst
Georgia Bar No. 367834
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Jonathan E. Hawkins
Georgia Bar No. 338779

1201 Peachtree Street, N.W.
Suite 3250, One Atlantic Center
Atlanta, GA 30309
Telephone: 404-888-9700
Facsimile: 404-888-9577
horst@khlawfirm.com
hknapp@khlawfirm.com
hawkins@khlawfirm.com

*Attorneys for Plaintiffs*