# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 14, 2016

James N. Hatten
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 16-12130-CC
Case Style: Margaret Turner, et al v. The Moody Bible Institute of C, et al
District Court Docket No: 1:15-cv-03711-LMM

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellants' motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-12130-CC
_____

MARGARET HAZEL TURNER,
by and through Lisa Higdon, Conservator, on
behalf of Turner and all persons similarly situated,
SHELLEY STRONG,
STEVEN MARK STRONG,

                                              Plaintiffs - Appellants,

versus

THE MOODY BIBLE INSTITUTE OF CHICAGO, INC.,
ROCKY PAYNE,
ELIZABETH BROWN,
EMMY H. KOH,

                                              Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

ENTRY OF DISMISSAL: Pursuant to Appellants' motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective November 14, 2016.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Joe Caruso, Deputy Clerk

                                                      FOR THE COURT - BY DIRECTION